In the Matter of the Claim of BELLE METZGER, Respondent, against METZGER PRESS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 18, 1950; decided November 30, 1950.

*Frederick Behr* and *Frederick Behr, Jr.,* for appellants.

*Abraham Markhoff* for Belle Metzger, respondent.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with one bill of costs to the claimant and the Workmen's Compensation Board. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.